1   BOIES, SCHILLER & FLEXNER LLP
    JOHN F. COVE, JR. (CA Bar No. 212213)
2   KENNETH F. ROSSMAN IV (CA Bar No. 237558)
    1999 Harrison St., Suite 900
3   Oakland, CA 94612
    Telephone: (510) 874-1000
4   Facsimile: (510) 874-1460
    Email:  jcove@bsfllp.com
5           krossman@bsfllp.com

6   Attorneys for Defendant Northwest Airlines

7   Additional Counsel on Signature Page

8

9

10                  **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12  _____

13  **WOODROW CLARK II, JAMES EVANS**,  )   Case No. 07-CV-06357-JSW
    individually and on behalf of all others  )
14  similarly situated,                       )   **JOINT STIPULATION PURSUANT TO**
                                              )   **LOCAL RULE 6-1 AND [PROPOSED]**
15                       Plaintiffs,          )   **ORDER EXTENDING TIME TO**
                                              )   **RESPOND TO COMPLAINTS IN**
16  vs.                                       )   **RELATED ACTIONS**
                                              )
17  **AIR NEW ZEALAND, ALL NIPPON**          )
    **AIRWAYS, CATHAY PACIFIC**              )   The Honorable Jeffrey S. White
18  **AIRWAYS, CHINA AIRLINES, EVA**         )
    **AIRWAYS, JAPAN AIRLINES**              )
19  **INTERNATIONAL, MALAYSIA**              )
    **AIRLINES, NORTHWEST AIRLINES,**        )
20  **QANTAS AIRWAYS, SINGAPORE**            )
    **AIR, THAI AIRWAYS,**                   )
21  **UNITED AIRLINES,**                     )
                                              )
22                                            )
                                              )
23                       Defendants.          )
                                              )
24  _____

25

26

27

28

1    Pursuant to Local Rule 6-1(a), in light of the related "Motion for Transfer and

2    Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §

3    1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs

4    Woodrow Clark II and James Evans, ("Plaintiffs") and Defendant Northwest Airlines and United

5    Air Lines, Inc. (collectively, "Defendants"), through counsel, hereby stipulate and agree as

6    follows:

7    IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or

8    otherwise plead is enlarged until the later of: (1) the date when the Defendants would otherwise

9    be required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days

10   after the JPML grants, denies, or otherwise disposes of the pending motion. If a consolidated

11   amended complaint is filed by Plaintiffs in a single transferee Court and served on Defendants,

12   Defendants' time to answer, move, or otherwise plead is enlarged until 45 days after such service.

13   In addition, given the length of time likely to be required by the JMPL to resolve the pending

14   motion, Plaintiffs and Defendants agree that the dates set in this Court's December 14, 2007

15   Order Setting Initial Case Management Conference and ADR Deadlines should be vacated.

16   IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service

17   on behalf of the Defendants of the summons and complaints in the above-captioned matter,

18   including any amended or consolidated complaints, and further, that such Defendants shall not

19   contest sufficiency of process or service of process. This Stipulation does not constitute a waiver

20   of any other defense including, but not limited to, the defenses of lack of personal or subject

21   matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any Defendant to

22   answer, move, or otherwise respond to any complaint until the time provided in the preceding

23   paragraph. The above notwithstanding, should any Defendant, except pursuant to court order,

24   respond to any complaint in a related matter filed in another United States District Court prior to

25   the date contemplated by this stipulation, then such Defendant shall make a simultaneous

26   response to the complaint in the above-captioned matter.

27   //

28   //

1

1    IT IS SO STIPULATED.

2

3              Respectfully Submitted,

4

5    Dated: December 19, 2007                    BOIES, SCHILLER & FLEXNER LLP

6                                               By:      /s/ Kenneth F. Rossman IV

7                                               JOHN F. COVE, JR.
8                                               KENNETH F. ROSSMAN IV
                                                1999 Harrison St., Suite 900
9                                               Oakland, CA 94612
                                                Telephone: (510) 874-1000
10                                              Facsimile: (510) 874-1460

11                                              *Counsel for Defendant Northwest Airlines*

12

13   Dated: December 19, 2007                    MAYER BROWN LLP

14                                              By:      *J. Joann Liao (by authorization)*

15                                              J. Joann Liao (jliao@mayerbrown.com)
                                                MAYER BROWN LLP
16                                              Two Palo Alto Square, Suite 300
                                                3000 El Camino Real
17                                              Palo Alto, CA 94306-2112
                                                Telephone:    (650) 331-2000
18                                              Facsimile:    (650) 331-2060

19                                              *Counsel for Defendant United Air Lines, Inc.*

20   Dated: December 19, 2007                    LAW OFFICES OF BRIAN BARRY

21                                              By:      *Brian Barry (by authorization)*

22                                              BRIAN BARRY
                                                1801 Avenue of the Stars, Suite 307
23                                              Los Angeles, CA 90067
                                                Telephone: (310) 788-0831
24                                              Facsimile: (310) 788-0841
                                                Bribarry1@yahoo.com
25
                                                *Counsel for Plaintiffs*
26

27

28
                                                        2

1

### **ORDER**

2       PURSUANT TO STIPULATION, IT IS ORDERED THAT, to conserve party and

3  judicial resources, and in light of the proceedings currently pending before the JPML to

4  consolidate and transfer all pending Pacific Air Transportation cases to one court, dates set in this

5  Court's December 14, 2007 Order Setting Initial Case Management Conference and ADR

6  Deadlines are hereby vacated.

7

8  Dated: December ___, 2007                    _____

9                                                                Honorable Jeffrey S. White

10                                                       Judge of the United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3