BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR. (CA Bar No. 212213)
KENNETH F. ROSSMAN IV (CA Bar No. 237558)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email:  jcove@bsfllp.com
          krossman@bsfllp.com

Attorneys for Defendant Northwest Airlines

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WOODROW CLARK II, JAMES EVANS**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,** <br><br> Defendants. | Case No. 07-CV-6357 JSW <br><br> **DEFENDANT NORTHWEST AIRLINES' NOTICE OF APPEARANCE OF JOHN F. COVE, JR. AND KENNETH F. ROSSMAN IV.** <br><br> The Honorable Jeffrey S. White |

1    TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2          PLEASE TAKE NOTICE THAT John F. Cove, Jr. and Kenneth F. Rossman IV of Boies,

3    Schiller & Flexner LLP, 1999 Harrison Street, Suite 900, Oakland, California 94612, hereby enter

4    an appearance on behalf of defendant Northwest Airlines in the above-captioned matter.

5

6          Respectfully Submitted,

7    Dated: December 19, 2007                BOIES, SCHILLER & FLEXNER LLP

8                                            By:    /s/ Kenneth F. Rossman IV

9                                            JOHN F. COVE, JR.
10                                           KENNETH F. ROSSMAN IV
                                             1999 Harrison St., Suite 900
11                                           Oakland, CA 94612
                                             Telephone: (510) 874-1000
12                                           Facsimile: (510) 874-1460

13                                           Attorneys for Defendant Northwest Airlines

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28