1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   1999 Harrison St., Suite 900
3  Oakland, CA 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460
   Email:  jcove@bsfllp.com
5          krossman@bsfllp.com

6  Attorneys for Defendant Northwest Airlines

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  **WOODROW CLARK II, JAMES EVANS**,   )   Case No. 07-CV-6357 JSW
    individually and on behalf of all others  )
13  similarly situated,                       )   **DEFENDANT NORTHWEST AIRLINES'**
                                              )   **CERTIFICATION OF INTERESTED**
14              Plaintiffs,                   )   **ENTITIES OR PERSONS**
                                              )
15  vs.                                       )
                                              )   The Honorable Jeffrey S. White
16  **AIR NEW ZEALAND, ALL NIPPON**           )
    **AIRWAYS, CATHAY PACIFIC**               )
17  **AIRWAYS, CHINA AIRLINES, EVA**          )
    **AIRWAYS, JAPAN AIRLINES**               )
18  **INTERNATIONAL, MALAYSIA**               )
    **AIRLINES, NORTHWEST AIRLINES,**         )
19  **QANTAS AIRWAYS, SINGAPORE**             )
    **AIR, THAI AIRWAYS, UNITED**             )
20  **AIRLINES,**                             )
                                              )
21              Defendants.                   )
                                              )
22                                            )

DEFENDANT NORTHWEST AIRLINES' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 07-CV-6357-JSW

1  Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned
2  certifies that the following listed persons, associations of persons, firms, partnerships,
3  corporations, or other entities: (i) have a financial interest in the subject matter in controversy or
4  in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party
5  that could be substantially affected by the outcome of this proceeding:

| Name of Interested Entity | Connection/Interest |
|---|---|
| Northwest Airlines Corporation. | Publicly traded, indirect parent corporation of Northwest Airlines, Inc. |
| Northwest Airlines, Inc. | Primary operating entity of Northwest Airlines Corporation |

Respectfully Submitted,

Dated: December 19, 2007         BOIES, SCHILLER & FLEXNER LLP

By:      /s/ Kenneth F. Rossman IV

JOHN F. COVE, JR.
KENNETH F. ROSSMAN IV
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorneys for Defendant