# EXHIBIT "C"

Case 3:07-cv-06357-CRB    Document 8-4    Filed 12/21/2007    Page 1 of 5



1  Guido Saveri (22349)
   R. Alexander Saveri (173102)
2  Cadio Zirpoli (179108)
   William Heye (233249)
3  SAVERI & SAVERI, INC.
   111 Pine Street, Suite 1700
4  San Francisco, CA 94111
   Telephone: (415) 217-6810
5  Facsimile: (415) 217-6813
   guido@saveri.com
6  rick@saveri.com

7  Randy Renick (179652)
   LAW OFFICES OF RANDY RENICK
8  The Marine Building
   128 N. Fair Oaks Ave.
9  Pasadena, CA 91103
   Telephone: (626) 585-9608
10 Facsimile: (626) 585-9610
   rrr@renicklaw.com
11
   Steven Serratore (144252)
12 SERRATORE-AMES LLP
   9595 Wilshire Blvd., Suite 201
13 Beverly Hills, CA 90212
   Telephone: (310) 205-2460
14 Facsimile: (626) 205-2464
   steve@serratoreames.com
15
   *Attorneys for Plaintiffs Thomas Schelly,*
16 *Michael Benson, and Tori Kitagawa*

17
                IN THE UNITED STATES DISTRICT COURT
18
        NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)
19

20 IN RE INTERNATIONAL AIR              ) Case No. M06-1793 CRB
   TRANSPORTATION SURCHARGE             )
21 ANTITRUST LITIGATION                 ) MDL No. 1793
                                        )
22                                      )
   _____      )
23                                      ) **PLAINTIFFS' ADMINISTRATIVE**
   This Document Relates to:            ) **MOTION TO RELATE CASES**
24                                      )
   ALL ACTIONS                          )
25                                      )
                                        )
26                                      )
   _____      )
27
28

---

PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiffs Thomas Schelly, Michael Benson, and Tori Kitagawa, the plaintiffs in *Schelly, et al., v. Air New Zealand, et al.* Case No. C07-6071 MMC ("*Schelly*"), submit this Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12.

**A.   RELATED CASES**

1. *In re International Air Transportation and Surcharge Antitrust Litigation*, Master File No. C06-1793 CRB

2. *Wortman, et al. v. Air New Zealand, et al.*, Case No. C07-5634 EDL

3. *Maloof v. Air New Zealand, et al.*, Case No. C07-5811 MJJ

4. *Ajaye, et al. v. Air New Zealand, et al.*, Case No. C07-5911 JSW

5. *Schelly, et al. v. Air New Zealand, et al.* Case No. C07-6071 MMC

**B.   RELATIONSHIP OF THE ACTIONS**

This administrative motion is made on the grounds that the actions referred to above involve substantially similar subject matter: an alleged conspiracy to raise and maintain the prices charged for airline passenger transportation through agreements to fix and impose fuel surcharges on consumers purchasing airline tickets for travel to and from the United States.

The *Schelly* case is a class action brought on behalf of purchasers of transpacific air transportation from Air New Zealand, Ltd., All Nippon Airways Co., Ltd., Cathay Pacific Airways, Ltd., China Airlines, Ltd., Eva Airways Corporation, Japan Airlines Corporation, Malaysian Airlines, Ltd., Northwest Airlines Corporation, Qantas Airways, Ltd., Singapore Airlines, Ltd., Thai Airways International Public Company, Ltd., and United Airlines Corporation. The *Wortman*, *Maloof*, and *Ajaye* actions are also class action filed on behalf of purchasers of transpacific flight segments. Like in *In re International Air Transportation and Surcharge Antitrust Litigation*, plaintiffs in these cases allege that defendants violated federal antitrust laws by conspiring to set the prices of international air travel.

1    Civil Local Rule 3-12 provides that actions are related when:

2    (1) The actions concern substantially the same parties, property, transaction or event; and

3    (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges

Here, the cases sought to be related satisfy both criteria of Rule 3-12. They involve similar transactions and events, *i.e.*, the sale of international air transportation services within the same industry, and violations of the same antitrust laws. The present cases and the *In re International Air Transportation and Surcharge Antitrust Litigation* involve substantially similar facts, markets, conduct, and analyses. One of the critical issues that will be presented in all of the cases will be the fact and amount of antitrust damages – i.e., the analyses which will be conducted by the Plaintiffs and Defendants to establish whether consumers were charged more for air transportation as a result of the alleged price fixing conspiracy. It would be inefficient to have separate courts engage in what will essentially be the same analysis, and it would also increase the possibility of inconsistent results and rulings. The parties and the Court will benefit from efficiencies should the present cases be administratively related to the *In re International Air Transportation and Surcharge Antitrust Litigation*. If the cases are not related, it is likely that there will be duplication of labor and expenses, as well as conflicting results, as similar issues of fact and law are likely to be presented to the Court in these actions.

///
///
///

### C. CONCLUSION

The actions referred to above satisfy the criteria of Rule 3-12. Therefore plaintiffs Thomas Schelly, Michael Benson, and Tori Kitagawa respectfully requests that the cases be deemed related and that they be assigned to the Honorable Charles R. Breyer, the Judge assigned to the consolidated case *In re International Air Transportation and Surcharge Antitrust Litigation.*

DATED: December 4, 2007                SAVERI & SAVERI, INC.

*/s/ R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
William Heye (233249)
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810

Randy Renick (179652)
LAW OFFICES OF RANDY RENICK
The Marine Building
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9608

Steven Serratore (144252)
SERRATORE-AMES LLP
9595 Wilshire Blvd., Suite 201
Beverly Hills, CA 90212
Telephone: (310) 205-2460

Attorneys for Plaintiffs Schelly, Benson, and Kitagawa