# EXHIBIT "E"

1  MAYER BROWN LLP
   Richard J. Favretto, Esq.
2     rfavretto@mayerbrown.com
   John Roberti, Esq.
3     jroberti@mayerbrown.com
   1909 K Street, NW
4  Washington, DC 20006
   Telephone:   (202) 263-3000
5  Facsimile:   (202) 263-3300

6  MAYER BROWN LLP
   Edward D. Johnson, Esq. (SBN 189475)
7     wjohnson@mayerbrown.com
   Two Palo Alto Square, Suite 300
8  3000 El Camino Real
   Palo Alto, CA 94306-2112
9  Telephone:   (650) 331-2000
   Facsimile:   (650) 331-2060
10
   Attorneys for Defendant United Air Lines, Inc.
11

12             UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15 | In re INTERNATIONAL AIR          | Master File No. 06-cv-1793-CRB
   | TRANSPORTATION SURCHARGE
16 | ANTITRUST LITIGATION             | MDL No. 1793

17                                      [PROPOSED] ORDER DENYING
                                        PLAINTIFFS' ADMINISTRATIVE
18                                      MOTION TO RELATE CASES

19   This Document Relates to:

20       ALL ACTIONS.

21

22

23

24

25

26

27

28

1   On December 4, 2007, Plaintiffs in the action *Schelly, et al. v. Air New Zealand, et al.*, Northern District Case No. C-07-6071-MMC ("*Schelly*"), filed an Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12, seeking to relate the *Schelly* case to the above-captioned proceeding, and to three other cases: *Wortman, et al. v. Air New Zealand, et al.*, Northern District Case No. C-07-5634-EDL; *Maloof v. Air New Zealand, et al.*, Northern District Case No. C-07-5811-MJJ; and *Ajaye, et al. v. Air New Zealand, et al.*, Northern District Case No. C-07-5911-JSW.

On December 7, 2007, Defendant United Air Lines, Inc. filed an Opposition to this administrative motion.

Upon consideration of the papers and pleadings on file, and for good cause shown,

**IT IS HEREBY ORDERED** that the administrative motion seeking to relate the *Schelly* action to this action is **DENIED**.

DATED: __December 13__, 2007



Charles R. Breyer
United States District Judge

DENIED
Judge Charles R. Breyer

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO RELATE CASES
Master File No. 06-cv-1793-CRB