Jesse Markham (CA State Bar No. 087788)
Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission St.
25th Floor
San Francisco, CA 94105
Tel: (415) 268-2000
Fax: (415) 268-1999

Douglas Rosenthal
Yang Chen
Graham Wilson
CONSTANTINE CANNON
450 Lexington Avenue
New York, NY 10017
Tel: (212) 350-2700
Fax: (212) 350-2701

*Attorneys for Defendant All Nippon Airways Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WOODROW CLARK II, JAMES EVANS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALYASIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants. | Case No. CV-07-6357 (JSW)<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT ALL NIPPON AIRWAYS CO., LTD. TO RESPOND TO COMPLAINT** |

99947.1

1  WHEREAS the undersigned plaintiff has filed the above-captioned case;

2  WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of
3  passenger air transportation services containing transpacific flight segments;

4  WHEREAS multiple complaints have been filed to date in federal district courts
5  throughout the United States by plaintiffs purporting to bring class actions on behalf of
6  purchasers of passenger air transportation services containing transpacific flight segments
7  (collectively "the Transpacific Air Passenger cases");

8  WHEREAS, a motion is pending before the Judicial Panel on Multidistrict
9  Litigation to transfer the Transpacific Air Passenger cases to this jurisdiction for
10 coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

11 WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended
12 Complaint in the Transpacific Air Passenger cases;

13 WHEREAS plaintiff and All Nippon Airways Co., Ltd. have agreed that an orderly
14 schedule for any response to the pleadings in the Transpacific Air Passenger cases would
15 be more efficient for the parties and for the Court;

16 PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT ALL
17 NIPPON AIRWAYS CO., LTD., BY AND THROUGH THEIR RESPECTIVE
18 COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

19   1.   The deadline for All Nippon Airways Co., Ltd. to answer, move, or
20 otherwise respond to plaintiffs' Complaint shall be extended until forty-five days after the
21 filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or
22 such other times as the parties may jointly agree to in writing.

23   2.   Given the length of time likely to be required by the JMPL to resolve the
24 pending motion, plaintiff and defendant agree that the dates set in this Court's December
25 14, 2007 Order Setting Initial Case Management Conference and ADR Deadlines should
26 be vacated.

27   3.   This Stipulation does not constitute a waiver by All Nippon Airways Co.,
28 Ltd., of any defense, including but not limited to the defenses of lack of personal

99947.1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

IT IS SO STIPULATED.

DATED: January 28, 2008        By:    /s/ Brian Barry
Brian Barry
LAW OFFICES OF BRIAN BARRY
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
Telephone:   (310) 788-0831
Facsimile:    (310) 788-0841

*Attorneys for Plaintiffs*

DATED: January 28, 2008        By:    /s/ Adam Brezine

Adam Brezine
HOLME ROBERTS & OWEN LLP
560 Mission St.
25th Floor
San Francisco, CA  94105
Tel:   (415) 268-2000
Fax:   (415) 268-1999

Yang Chen
CONSTANTINE CANNON
450 Lexington Avenue
New York, NY 10017
Telephone:   (212) 350-2700
Facsimile:    (212) 350-2701

*Attorneys for Defendant All Nippon Airways Co., Ltd.*

SO ORDERED:

_____
United States District Judge