IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WOODROW CLARK II, JAMES EVANS, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

AIR NEW ZEALAND, et al.,

    Defendants.

No. C 07-06357 JSW

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: January 29, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE