**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                  General Court Number
Clerk                                                                        415.522.2000

**January 29, 2008**

CASE NUMBER:  CV 07-06357 JSW
CASE TITLE:  WOODROW CLARK II-v-AIR NEW ZEALAND

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/29/08

                                                                FOR THE EXECUTIVE COMMITTEE:

                                                                _____Richard W. Wieking_____
                                                                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                        Entered in Computer 1/29/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA