1  LAW OFFICES OF BRIAN BARY
   BRIAN BARRY (CA Bar No. 135631)
2  1801 Avenue of the Stars, Suite 307
   Los Angeles, CA 90067
3  Telephone: (310) 788-0831
   Facsimile: (310) 788-0841
4  Email:  Bribarry1@yahoo.com

5  Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WOODROW CLARK II, JAMES EVANS**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,**<br><br>Defendants. | Case No. 07-CV-06357-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>The Honorable Maxine M. Chesney |

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1) - CASE NO. 07-CV-06357-MMC

1  TO THE COURT AND ALL PARTIES:

2     Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs

3  Woodrow Clark II and James Evans voluntarily dismiss Defendant Northwest Airlines from all

4  claims made in Case No. 07-06357-MMC without prejudice.

6  Dated: February 28, 2008         LAW OFFICES OF BRIAN BARRY

7                                   By:    /s/ *Brian Barry (by authorization)*

8                                   BRIAN BARRY
                                    1801 Avenue of the Stars, Suite 307
9                                   Los Angeles, CA 90067
                                    Telephone: (310) 788-0831
10                                  Facsimile: (310) 788-0841
                                    Bribarry1@yahoo.com
11
                                    *Counsel for Plaintiffs*

1

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1) - CASE NO. 07-CV-06357-MMC

**Attestation of Filer**

The signatory to this document is Brian Barry, and I have obtained his concurrence to file this document on his behalf.

Dated:  February 28, 2008           By:      /s/ Dean M. Harvey

                                    Dean M. Harvey
                                    BOIES, SCHILLER & FLEXNER LLP
                                    1999 Harrison St., Suite 900
                                    Oakland, CA  94612
                                    Telephone: (510) 874-1000
                                    Facsimile: (510) 874-1460
                                    Email:  dharvey@bsfllp.com

                                    *Counsel for Defendant Northwest Airlines*

2

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1) - CASE NO. 07-CV-06357-MMC