1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   DEAN M. HARVEY (CA Bar No. 250298)
3  1999 Harrison St., Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
5  Email:  jcove@bsfllp.com
           krossman@bsfllp.com
6          dharvey@bsfllp.com

7

8  Attorneys for Defendant Northwest Airlines

9

10                     **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| **WOODROW CLARK II, JAMES EVANS**, individually and on behalf of all others similarly situated, | Case No. 07-CV-6357 MMC |
| | **PROOF OF SERVICE** |
| Plaintiffs, | The Honorable Maxine M. Chesney |
| vs. | Complaint filed December 14, 2007 |
| **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,** | |
| Defendants. | |

1
Proof of Service

I, the undersigned, declare as follows:

I am a citizen of the United States and employed in the County of Alameda, State of California. I am over the age of eighteen years and am not a party to the within-entitled action. My business address is 1999 Harrison Street, Suite 900, Oakland, California, 94612. On February 28, 2008, I served a copy of the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

☒  BY ELECTRONIC SERVICE:   By and through United States District Court, District Court of Northern California Electronic Case Filing in the following case:

**Case No. 07-CV-6357 MMC**

☐  BY FACSIMILE: By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Proof of Service.

☐  BY PERSONAL SERVICE:  By personally delivering true and correct copies of the document(s) listed above in a sealed envelope, addressed to the person(s) at the address(es) set forth below, by leaving the envelope, which was clearly labeled to identify the attorney(es) being served, with the receptionist or other person apparently in charge at the address(es) set forth below.

☐  EXPRESS SERVICE CARRIER: By placing the document(s) listed above in a sealed **Federal Express** envelope with overnight delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address(es) set forth below, and causing the envelope to be delivered that same day to a **Federal Express** Courier or Driver authorized by the express service carrier to receive documents for delivery.

1  ☐   BY MAIL: At my place of business address identified above by placing the documents listed above in a sealed envelope with postage thereon fully prepaid and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   <u>(STATE)</u>   I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that the foregoing document(s) were printed on recycled paper.

☒   <u>(FEDERAL)</u>   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2008 at Oakland, California.

                                                     /S/
                                         CATHERINE DUONG