**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Clark, | 07-06357 MMC |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Air New Zealand, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06357 MMC                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4     It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: March 5, 2008

    RICHARD W. WIEKING
    Clerk
    by:    Timothy J. Smagacz

    *Timothy Smagacz*

    ADR Administrative Assistant
    415-522-4205
    Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:	Clark v. Air New Zealand

Case Number:	07-06357 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 5, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Brian Joseph Barry Esq.
> Law Offices of Brian Barry
> 1801 Avenue of The Stars
> Suite 307
> Los Angeles, CA 90067
> bribarry1@yahoo.com
>
> Air New Zealand
> ,
>
> Adam Paul Brezine Esq.
> Holme Roberts & Owen
> One Maritime Plaza
> Suite 2400A
> San Francisco, CA 94111
> adam.brezine@hro.com
>
> Cathay Pacific Airways
> ,
>
> China Airlines

,

Eva Airlines

,

Japan Airlines International

,

Malaysia Airlines

,

Kenneth Fisher Rossman
Boies, Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
krossman@bsfllp.com

Dean Michael Harvey
Boies, Schiller & Flexner
1999 Harrison St
Suit 900
Oakland, CA 94612
dharvey@bsfllp.com

Qantas Airways

,

Singapore Air

,

Thai Airways

,

United Airlines

,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 5, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov