**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODROW CLARK II, JAMES EVANS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>AIR NEW ZEALAND, et al.,<br><br>    Defendants<br>_____/ | No. C-07-6357 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of the parties' stipulated request, filed March 6, 2008, to vacate the Case Management Conference scheduled for March 21, 2008. In connection therewith, the parties have submitted the United States Judicial Panel on Multidistrict Litigation's Transfer Order in MDL No. 1913, In re: Transpacific Passenger Air Transportation Antitrust Litigation (see Stip. Ex. A.),[1] and represent they intend to file a motion to relate the instant action to Wortman, et al. v. Air New Zealand, et al., Case No. 07-5634 CRB, which action is part of the above-named MDL, and to transfer the instant action to the court in which the MDL proceedings are pending.

    Accordingly, for good cause shown, the March 21, 2008 Case Management Conference is hereby VACATED, and because the Court prefers to maintain the instant action on its calendar pending the above-referenced transfer, the Case Management

---

[1] As the parties note, the Transfer Order does not reference the instant action.

1  Conference is CONTINUED to June 20, 2008 at 10:30 a.m.  A Joint Case Management
2  Statement shall be filed no later than June 13, 2008.
3  **IT IS SO ORDERED.**
4  Dated: March 7, 2008

                                              MAXINE M. CHESNEY
                                              United States District Judge