1  Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
   Steven N. Williams (175489; swilliams@cpmlegal.com)
2  Neil J. Swartzberg (215133; nswartzberg@cpmlegal.com)
   Stuart G. Gross (251019; sgross@cpmlegal.com)
3  Aron K. Liang (228936; aliang@cpmlegal.com)
   **COTCHETT, PITRE & McCARTHY**
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, CA  94010
   Telephone:  (650) 697-6000
6  Facsimile:   (650) 697-0577

7  Michael P. Lehmann (77152; mlehmann@cmht.com)
   Christopher L. Lebsock (184546; clebsock@cmht.com)
8  Jon T. King (205073; jking@cmht.com)
   **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
9  One Embarcadero Center
   Suite 2440
10  San Francisco, CA 94111
   Telephone:  (415) 229-2080
11  Facsimile:   (415) 986-3643

12  *Interim Class Counsel and Counsel for Plaintiffs*

13

14

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17              **SAN FRANCISCO DIVISION**

18

19  **IN RE TRANSPACIFIC PASSENGER** )  **Case No. 07-cv-05634-CRB**
    **AIR TRANSPORTATION**                )
    **ANTITRUST LITIGATION**              )  **MDL No. 1913**
20  ———————————————— )
                                          )
21  **This Document Relates to:**         )
                                          )  **ADMINISTRATIVE MOTION TO**
22  *Wortman et al., v. Air New Zealand et al.,* )  **CONSIDER WHETHER CASES SHOULD**
    Case No. 07-05634-CRB                 )  **BE RELATED PURSUANT TO CIVIL**
23  ———————————————— )  **LOCAL RULE 3-12**

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE**
**RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**
Case No. 07-CV-05634-CRB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Interim Class Counsel submit this Administrative Motion to Consider Whether Cases Should be Related to *Wortman et al., v. Air New Zealand et al.*, Case No. 07-05634-CRB, pursuant to Civil Local Rules 3-12 and 7-11.

**A.    INTRODUCTION**

The Judicial Panel on Multidistrict Litigation has transferred to this Court for coordinated pretrial proceedings certain antitrust actions relating to an alleged conspiracy to fix, raise, maintain, and/or stabilize prices for certain long haul passenger flights to and from Asian and Pacific countries and for fuel surcharges on this transportation.  The corresponding Multidistrict Litigation Number is MDL-1913.

On March 17, 2008, this Court entered Pretrial Order #1 ("PTO#1"), Docket No. 98. PTO#1 provides *inter alia* for all related actions to be consolidated with the instant action and establishes a Master Docket File styled "*In Re: Transpacific Passenger Air Transportation Antitrust Litigation*" under the identification C 07-5634.

The below listed cases meet the requirements of Civil Local Rule 3-12 to be related to the instant case.  Interim Class Counsel respectfully request that the Court issue an order formally relating the below listed cases with the instant case so that the cases may be consolidated pursuant to PTO#1.

**B.    RELATED CASES**

The following actions are related to the instant case:

1.    *Schelly et al. v. Air New Zealand et al.,* Case No. 07-06071-MMC, complaint filed in the Northern District of California on November 30, 2007;

2.    *Clark  et al. v. Air New Zealand et al.,* Case No. 07-06357-MMC, complaint filed in the Northern District of California on December 14, 2007;

3.    *Adlin v. Air New Zealand et al.,* Case No. 07-06410-EDL, complaint filed in the Northern District of California on December 18, 2007;

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**
**Case No. 07-CV-05634-CRB**                                                                                    1

4.   *Feigenbaum v. Air New Zealand et al.,* Case No. 08-00308-BZ, complaint filed in the Northern District of California on January 16, 2008;

5.   *Labarge v. Air New Zealand et al.,* Case No. 08-00487-SC, complaint filed in the Northern District of California on January 23, 2008;

6.   *Frederick v. Air New Zealand et al.,* Case No. 08-00615-MEJ, complaint filed in the Northern District of California on January 25, 2008;

7.   *Hirai v. Air New Zealand et al.,* Case No. 08-01453-CRB, complaint filed in the Northern District of California on March 17, 2008.

**C.   RELATIONSHIP OF THE ACTIONS**

The Administrative Motion is made on the grounds that the actions referred to above involve substantially overlapping parties and events.  All actions allege that defendants engaged in a conspiracy to fix, raise, maintain, and/or stabilize prices for certain long haul passenger flights to and from Asian and Pacific countries and for fuel surcharges on this transportation, in violation of the Sherman Act, 15 U.S.C. § 1.

Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expenses or the possibility of conflicting results if the cases are conducted before different Judges. Therefore, it will be more efficient for all cases to proceed before the same Judge so that these analyses and determinations are made by one Court.

**D.   CONCLUSION**

The actions referred to above satisfy the criteria of Rule 3-12.  Therefore, plaintiffs

///

///

///

///

///

///

///

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**
Case No. 07-CV-05634-CRB

2

1  respectfully request that the cases listed above be deemed related to *Wortman et al. v. Air New*

2  *Zealand et al.,* and that they be assigned to the Honorable Charles R. Breyer.

3

4  DATED: April 10, 2008                              **COTCHETT, PITRE& McCARTHY**

5

6                                                     */s/ Stuart G. Gross*
                                                     STUART G. GROSS

7
                                                     Joseph W. Cotchett
8                                                    Steven N. Williams
                                                     Neil J. Swartzberg
9                                                    Stuart G. Gross
                                                     Aron K. Liang
10                                                   COTCHETT, PITRE & McCARTHY
                                                     San Francisco Airport Office Center
11                                                   840 Malcolm Road, Suite 200
                                                     Burlingame, CA  94010
12                                                   Telephone:  (650) 697-6000
                                                     Facsimile:   (650) 697-0577
13
                                                     Michael P. Lehmann
14                                                   Christopher L. Lebsock
                                                     Jon T. King
15                                                   COHEN, MILSTEIN, HAUSFELD & TOLL,
                                                     P.L.L.C.
16                                                   One Embarcadero Center
                                                     Suite 2440
17                                                   San Francisco, CA 94111
                                                     Telephone:  (415) 229-2080
18                                                   Facsimile:   (415) 986-3643

19                                                   *Interim Class Counsel and Counsel for Plaintiffs*

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**
Case No. 07-CV-05634-CRB                                                                        3