Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Neil J. Swartzberg (215133; nswartzberg@cpmlegal.com)
Stuart G. Gross (251019; sgross@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Interim Class Counsel and Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913 |
| **This Document Relates to:** | **CERTIFICATE OF SERVICE** |
| *Wortman et al. v. Air New Zealand et al.*<br>Case No. 07-05634-CRB | |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am employed in San Mateo County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On April 10, 2008, I served or caused to be served a true copy of the following documents in the manner listed below:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12; and**
2. **CERTIFICATE OF SERVICE.**

**XXX** **BY ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Numbers 07-cv-05634-CRB, 07-06071-MMC, 07-06357-MMC, 07-06410-EDL, 08-00308-BZ, 08-00487-SC, 08-00615-MEJ, 08-01453-CRB. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**XXX** **BY OVERNIGHT COURIER SERVICE:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below:

| | |
|---|---|
| Honorable Charles R. Breyer<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom 8, 19th Floor<br>San Francisco, CA 94102 | Honorable Bernard Zimmerman<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom G, 15th Floor<br>San Francisco, CA 94102 |
| Honorable Maxine M. Chesney<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom 7, 19th Floor<br>San Francisco, CA 94102 | Honorable Maria-Elena James<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom B, 15th Floor<br>San Francisco, CA 94102 |
| Honorable Elizabeth D. Laporte<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom E, 15th Floor<br>San Francisco, CA 94102 | Honorable Samuel Conti<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom 1, 17th Floor<br>San Francisco, CA 94102 |

**XXX**  **BY US MAIL:**  I caused the sealed envelope containing the aforementioned document(s) to be delivered via US Mail to the addressee(s) specified below:

**(SEE ATTACHED SERVICE LIST)**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Burlingame, California, on April 10, 2008.

  */s/ Marisa Compesi*
  **MARISA COMPESI**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

3

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
**MLD No. 1913**

## SERVICE LIST

| | |
|---|---|
| Scott D. Cunningham<br>Rod D. Margo<br>**CONDON & FORSYTH LLP**<br>1901 Avenue of the Stars, Suite 850<br>Los Angeles, California 90067<br>Tel: 310-557-2030<br>Fax: 310-557-1299 | *Attorney for Defendant Air New Zealand* |
| Michael J. Holland<br>**CONDON & FORSYTH LLP**<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Tel: 212-490-9100<br>Fax: 212-370-4453 | *Attorney for Defendant Air New Zealand* |
| Jesse Markham<br>Adam Brezine<br>**HOLME ROBERTS & OWEN LLP**<br>560 Mission St.<br>25th Floor<br>San Francisco, CA  94105<br>Tel: 415-268-2000<br>Fax: 415-268-1999 | *Attorney for Defendant All Nippon Airways* |
| Yang Chen<br>**CONSTANTINE CANNON LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: 212-350-2700<br>Fax: 212-350-2701 | *Attorney for Defendant All Nippon Airways* |
| Edward B. Schwartz<br>**DLA PIPER US LLP**<br>500 Eighth Street, N.W.<br>Washington, DC 20004<br>Tel: 202-799-4000<br>Fax: 202-799-5000 | *Attorney for Defendant Cathay Pacific Airways* |
| Danielle S. Fitzpatrick<br>**DLA PIPER US LLP**<br>701 Fifth Avenue, Suite 7000<br>Seattle, Washington 98104<br>Tel: 206-839-4800<br>Fax: 206-839-4801 | *Attorney for Defendant Cathay Pacific Airways* |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

4

| | | |
|---|---|---|
| 1 | James V. Dick | *Attorney for Defendant China Airlines* |
| 2 | **SQUIRE, SANDERS & DEMPSEY LLP**<br>1201 Pennsylvania Avenue, N.W., Suite 500<br>Washington, D.C. 20004 | |
| 3 | Tel: 202-626-6600<br>Fax: 202-626-6780 | |
| 4 | | |
| 5 | Christopher T. Casamassima<br>**KIRKLAND & ELLIS LLP** | *Attorney for Defendant EVA Airways* |
| 6 | 777 South Figueroa Street<br>Los Angeles, California 90017-5800 | |
| 7 | Tel: 213-680-8400<br>Fax: 213-680-8500 | |
| 8 | William Karas | *Attorney for Defendant Japan Airlines International* |
| 9 | **STEPTOE & JOHNSON LLP**<br>1330 Connecticut Avenue, NW | |
| 10 | Washington, D.C. 20036<br>Tel: 202-429-8126<br>Fax: 202-429-8126 | |
| 11 | | |
| 12 | David A. Senior<br>Benjamin D. Weston | *Attorney for Defendant Malaysia Airlines* |
| 13 | **MCBREEN & SENIOR**<br>2029 Century Park East, Third Floor | |
| 14 | Los Angeles, CA 90067<br>Tel: 310-552-5300<br>Fax: 310-552-1205 | |
| 15 | | |
| 16 | W. Todd Miller<br>Kimberly N. Shaw | *Attorney for Defendant Qantas Airways* |
| 17 | **BAKER & MILLER PLLC**<br>2401 Pennsylvania Avenue, N.W., Suite 300 | |
| 18 | Washington, D.C. 20037<br>Tel: 202-663-7820<br>Fax: 202-663-7849 | |
| 19 | | |
| 20 | Michael A. Duncheon<br>Lisa M. Pooley | *Attorney for Defendant Qantas Airways* |
| 21 | **HANSON BRIDGETT MARCUS VLAHOS RUDY** | |
| 22 | 425 Market Street, 26th Floor<br>San Francisco, CA 94105 | |
| 23 | Tel:  415-995-5015<br>Fax:  415-541-9366 | |
| 24 | William R. Sherman | *Attorney for Defendant Singapore Airlines* |
| 25 | Charles R. Price<br>**LATHAM & WATKINS LLP** | |
| 26 | 555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004 | |
| 27 | Tel: 202-637-2200<br>Fax: 202-637-2201 | |
| 28 | | |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

5

| | | |
|---|---|---|
| 1 | Katherine A. Levine<br>Rowan D. Wilson<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue, 4044 D<br>New York, NY 10019<br>Tel: 212-474-1684<br>Fax: 212-474-3700 | *Attorney for Defendant Thai Airways*<br>*International Public Company Limited* |
| | Mark S. Priver<br>**Ohashi & Priver**<br>140 South Lake Ave., Suite 208<br>Pasadena, CA 91101<br>Tel: 626-584-1107<br>Fax: 626-584-3636 | *Attorney for Defendant Thai Airways*<br>*International Public Company Limited* |
| | Richard J. Favretto<br>**MAYER BROWN LLP**<br>1909 K. Street N.W.<br>Washington, DC 20006<br>Tel: 202-263-3250<br>Fax: 202-263-3300 | *Attorney for Defendant United Airlines* |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

6